UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Barbara Wolfson, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  H-14-1723 |
| | § | |
| Petrologistics LP, et al, | § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Dismissal filed on September 8, 2014,  the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this _____9_____ day of September, 2014.

DAVID HITTNER
United States District Judge